DESSAUER et al. v. ULFELDER. (Circuit Court of Appeals, Ninth Circuit. October 12, 1900.) No. 616. Appeal from the District Court of the United States for the Northern District of California. Crandall & Bull, Geo. Lezynsky, and Edward Myers, for appellants. Upon motion of F. P. Bull, appeal dismissed.

---

FARRELLY v. WIRT. (Circuit Court of Appeals, Second Circuit. November 15, 1898.) No. 38. Appeal from the Circuit Court of the United States for the Southern District of New York. George S. Prindle, E. A. Carley, James M. Townsend, and Prindle & Russell, for appellants. Walter S. Logan and Demond & Harby, for appellee.

PER CURIAM. The decree of the circuit court is affirmed, with costs, on opinion of said court. 84 Fed. 891.

---

FRANKS, Internal Revenue Collector, v. ROBARDS TOBACCO CO. (Circuit Court of Appeals, Sixth Circuit. October 2, 1900.) No. 888. In Error to the Circuit Court of the United States for the District of Kentucky. R. D. Hill, U. S. Atty., for collector. J. D. Powers, for Robards Tobacco Co. Dismissed on stipulation. See 103 Fed. 276.

---

In re GREGORY. (Circuit Court of Appeals, First Circuit. November 15, 1900.) No. 357. Application of Charles A. Gregory for a writ of certiorari to the circuit court of the United States for the district of Massachusetts. Francis A. Brooks, for petitioner. Thomas H. Talbot, for respondent. Petition dismissed, on motion of petitioner, without costs.

---

HICKS v. KNOST. (Circuit Court of Appeals, Sixth Circuit. October 9, 1900.) No. 736. Appeal from the District Court of the United States for the Southern District of Ohio. M. H. Winkler and W. A. Hicks, for appellant. Frank M. Coppock, for appellee. No opinion. Judgment affirmed. See 94 Fed. 625.

---

HICKS v. KNOST. (Circuit Court of Appeals, Sixth Circuit.) Questions of law certified to the supreme court of the United States. See 20 Sup. Ct. 1006, 178 U. S. 541, 44 L. Ed. 1183.

---

INTERSTATE COMMERCE COMMISSION v. CINCINNATI, N. O. & T. P. RY. CO. et al. (Circuit Court of Appeals, Sixth Circuit. October 12, 1900.) No. 472. Appeal from the Circuit Court of the United States for the Southern District of Ohio. Harlan Cleveland, L. A. Shaver, and Geo. F. Edmunds, for appellant. Ed. Baxter, Harman, Colston, Goldsmith & Hoadly, and Maxwell & Ramsey, for appellees. No opinion. Judgment affirmed. See 76 Fed. 183.

---

IOWA & ILLINOIS COAL CO. v. ATLANTIC TRUST CO. et al. (Circuit Court of Appeals, Seventh Circuit. July 23, 1900.) No. 711. Appeal from the Circuit Court of the United States for the Northern Division of the Northern District of Illinois. Samuel P. Wheeler, for appellee. Docketed and dismissed, on motion of appellee.